

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     *Ted B.  Lyon  III v. Building Galveston, Inc.*

Appellate case number:   01-19-00571-CV

Trial court case number:  10-CV-2353

Trial court:             405th District Court of Galveston County

Party filing motion:     Appellant

    It is ordered that the motion for rehearing is **denied**.

Judge's signature:       /s/ Veronica Rivas-Molloy_____
                 ☑ Acting for the Court

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.

Date:   ___June 22, 2021_____